FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KENNETH RICHARD ROWELL,<br><br>                Defendant. | No. 2:13-CR-06070-SAB-1<br><br>**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** |

    A supervised release revocation hearing in the above-captioned case was held on March 26, 2024 in Yakima, Washington. The Government was represented by Todd Swensen on behalf of Earl A. Hicks. Defendant was present, out of custody, and represented by Juliana Van Wingerden.

    At the hearing, Defendant admitted to alleged Violation Nos. 1 – 7 and the Court found those violations committed. For the reasons stated on the record, the Court declined to accept the parties' joint recommendation of holding the sanctions in abeyance and continued Defendant on their current term of supervised release. This Order memorializes the Court's oral rulings.

//

//

//

//

//

//

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Violation Nos. 1 – 7 are **COMMITTED**.

2. The Court continues Defendant on his current term of supervised release.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 26th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING # 2**